| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Tec-Air, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Tec Air, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-2708624** |
| 4. | Debtor's address | **Principal place of business**<br><br>**9200 Calumet AV, Ste NW01**<br>**Munster, IN 46321**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.tecairinc.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Tec-Air, Inc.**_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3261__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Tec-Air, Inc.**  Case number (*if known*) _____
       Name

---

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
   - [ ] It needs to be physically secured or protected from the weather.
   - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - [ ] Other

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - [ ] No
   - [ ] Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [ ] 1-49
- [ ] 50-99
- [ ] 100-199
- [x] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   Tec-Air, Inc.                                                          Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 /27 /2017
              MM / DD / YYYY

X _[signature]_                                                    Robert J. McMurtry
Signature of authorized representative of debtor                   Printed name

Title   **President/Chief Executive Officer**

**18. Signature of attorney**   X _Michael H. Aronson_                       Date   10/27/2017
                                Signature of attorney for debtor                    MM / DD / YYYY

S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
**CULLEN AND DYKMAN LLP**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 849-0220
Facsimile: (973) 849-2020
steele@cullenanddykman.com
nstefanelli@cullenanddykman.com

- and -

Michael H. Traison, Esq.
**CULLEN AND DYKMAN LLP**
175 East Delaware Place
Suite 7011
Chicago, Illinois 60611
Telephone: (312) 860-4230
mtraison@cullenanddykman.com

## JOINT WRITTEN CONSENT OF THE SOLE DIRECTOR
## AND SOLE SHAREHOLDER
## OF TEC-AIR, INC.

The undersigned being the sole director and sole shareholder (the "Director and Shareholder") of Tec-Air, Inc., an Illinois corporation (the "Company"), acting by this joint written consent (this "Written Consent") without a meeting pursuant to Sections 7.10 and 8.45 of the Illinois Business Corporation Act of 1983 (805 ILCS 5/7.10; 805 ILCS 5/8.45), do hereby consent to the adoption of the following resolutions and direct that this Written Consent be filed with the minutes of the Company:

**WHEREAS**, the Director and Shareholder has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, and the market for the Company's products and services;

**WHEREAS**, the Director and Shareholder has received, reviewed and considered the recommendations of the Company's management and the Company's financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED** that, in the judgment of the Director and Shareholder, it is desirable and in the best interests of the Company, and its creditors, shareholders and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court");

**RESOLVED FURTHER**, that Robert J. McMurtry, Chief Executive Officer, and such other officers or persons as the Chief Executive Officer directs (each, an "Authorized Person" and collectively, the "Authorized Person") be, and each are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**RESOLVED FURTHER**, that the Authorized Persons are, and each of them hereby is, authorized and directed to enter into an asset purchase agreement (the "APA") for the sale of substantially all of the Company's assets, and each of the ancillary documents to be entered into in connection therewith (the "Ancillary Documents"), and to enter into the transactions and obligations contemplated by the APA and the Ancillary Documents, subject to Bankruptcy Court approval in the chapter 11 case; and it is

**RESOLVED FURTHER**, that the law firm of Cullen and Dykman LLP be employed as bankruptcy counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the chapter 11 proceeding, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the chapter 11 case, to cause to be filed an appropriate application for authority to retain the services of Cullen and Dykman LLP and to take or cause to be taken any action in connection with the foregoing;

**RESOLVED FURTHER**, that the law firm of Polsinelli PC be employed as co-counsel to the Company to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, the preparation of pleadings and filings in the chapter 11 proceeding, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC and to take or cause to be taken any action in connection with the foregoing;

**RESOLVED FURTHER**, that Three Twenty-One Capital Partners, LLC is hereby retained as financial advisor and investment banker to the Company on such terms and conditions as may be agreed to in the name and on behalf of the Company, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain services of Three Twenty-One Capital Partners, LLC; and

**RESOLVED FURTHER**, that the Authorized Persons be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms;

**RESOLVED FURTHER**, that the Authorized Persons be, and hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that all actions previously taken by any director, officer, employee or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that in connection with the transactions contemplated by the preceding resolutions, each Authorized Person be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, to certify these resolutions and any more formal or detailed resolutions as such officer may deem necessary, appropriate or desirable to effectuate the intent of the foregoing resolutions; and that thereupon such resolutions shall be

-2-

deemed adopted as and for the resolutions of the Board of Directors as if set forth at length herein; and

**RESOLVED FURTHER**, that this Written Consent may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

[SIGNATURE PAGE FOLLOWS]

35011.1 485415v2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent as of this 27th day of October, 2017.

SOLE DIRECTOR:                          SOLE SHAREHOLDER:

_____         _____
Robert J. McMurtry                      Robert J. McMurtry

Fill in this information to identify the case:
Debtor name: **Tec-Air, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[*]   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Call Quality<br>P.O. Box 7096, Dept #252<br>Indianapolis, IN 46207 | KFERRER@FCQS.COM<br>(317) 596-3280 | Trade | Disputed | | | $297,958.54 |
| Quadrant Magnetics<br>2606 River Green Circle<br>Louisville, KY 40206 | Monica Pascoe<br>m.pascoe@quadrant.us<br>(502) 589-9650 | Trade | | | | $236,844.00 |
| Don Ulrich<br>c/o Randy Gillary, Esq.<br>201 W. Big Beaver Road<br>Suite 1020<br>Troy, MI 48084 | Randy Gillary, Esq.<br>rgillary@gillarylaw.com<br>(248) 528-0440 | Litigation | | | | $205,000.00 |
| Midwest Pension Plan<br>245 Fencl Lane<br>Hillside, IL 60162 | Anthony Iori<br>(312) 738-0822 ext. 272 | Pension Liability | | | | $173,110.19 |
| Asahi Kasei Plastics NA, Inc.<br>Dept. 77600<br>P.O. Box 77000<br>Detroit, MI 48277 | Heather Gramza<br>hagramza@akplastics.com<br>(517) 223-2000 | Trade | | | | $163,628.93 |
| Meany Inc.<br>17401 Laflin Ave<br>Hazel Crest, IL 60429 | Dan Dominy<br>ddominy@meanyelectric.com<br>(708) 957-0400 | Professional Services | | | | $160,514.24 |

[*]The filing of this list is without prejudice to the Debtor's rights with respect to the claims listed herein. The Debtor reserves all rights with respect to these claims, including whether the Debtor is liable on such claims, and the amount of any such liability.

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Tec-Air, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Nexus Employment Solutions Plus, Inc.**<br>8135 Kennedy Ave<br>Highland, IN 46322 | **Jennifer Crockett**<br>jennifercrockett@<br>nexusemployment.com<br>(219) 961-2318 | **Professional Services** | | | | $137,483.27 |
| **S-2 International LLC**<br>5916 East Lake Pkwy<br>Suite 311<br>McDonough, GA 30253 | **Melissa Roach**<br>melissa@s-2international.com<br>(678) 432-9502 | **Trade** | | | | $82,059.89 |
| **SCSI LLC**<br>8515 N University St<br>Peoria, IL 61615 | janice@scsinternational.com<br>(309) 682-0726 | **Trade** | | | | $66,520.53 |
| **Chicago Electric**<br>490 Tower Boulevard<br>Carol Stream, IL 60188 | (800) 777-0800 | **Trade** | **Disputed** | | | $58,921.74 |
| **M. Holland Company**<br>400 Skokie Blvd<br>Suite 600<br>Northbrook, IL 60062 | invoicing@m-holland.com<br>(847) 272-7370 | **Trade/ Litigation** | | | | $58,513.73 |
| **LBC Owner LLC**<br>Simborg Industrial Real Estate<br>1149 W. 175th Street<br>Homewood, IL 60430 | **Carol Avorio**<br>carol@simborg.com<br>(800) 799-4901 | **Lease Obligation** | | | | $56,718.56 |
| **Radici Plastics USA**<br>960 Seville Road<br>Wadsworth, OH 44281 | **Meghan Cooper**<br>Meghan.Cooper@radicigroup.com<br>(330) 336-7611 | **Trade** | | | | $54,037.44 |
| **A. Schulman, Inc.**<br>24089 Network Place<br>Chicago, IL 60673-1240 | **Michael Welday**<br>Michael.Welday@aschulman.com<br>(330) 668-7330 | **Trade** | | | | $52,555.44 |
| **Conair/IPEG, Inc.**<br>P.O. Box 644537<br>Pittsburgh, PA 15264-4537 | **Janice Kuban**<br>jkuban@ipeg.net<br>(724) 584-5500 | **Trade** | **Disputed** | | | $51,710.98 |
| **IQMS**<br>2231 Wisteria Lane<br>Paso Robles, CA 93446 | **Zach Charmley**<br>zcharmley@iqms.com<br>(805) 227-1122 | **Professional Services** | **Disputed** | | | $48,001.56 |
| **Entec**<br>1900 Summit Tower Blvd Suite 900<br>Orlando, FL 32810 | **Janette Keeling**<br>jkeeling@ravagoamericas.com<br>(407) 875-9595 | **Trade** | | | | $44,427.37 |

Debtor **Tec-Air, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The PIC Group, Inc.**<br>**50570 Wing Drive**<br>**Shelby Township, MI 48315** | **Denise May**<br>denise.may@THEPICGROUP.COM | **Litigation** | | | | $44,362.13 |
| **Selden Fox**<br>**619 Enterprise Drive**<br>**Oak Brook, IL 60523** | **Jacqueline Kwasinski**<br>kwasinski@seldenfox.com<br>(630) 954-1400 | **Professional Services** | | | | $42,274.55 |
| **Omni Plastics**<br>**2300 Lynch Road**<br>**Evansville, IN 47711** | **Kelly Paige**<br>kpaige@omnithermoplastics.com<br>(812) 421-8900 | **Trade** | | | | $41,328.00 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Tec-Air, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 27, 2017     X _[signature]_
                                   Signature of individual signing on behalf of debtor

                                   Robert J. McMurtry
                                   Printed name

                                   President/Chief Executive Officer
                                   Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Tec-Air, Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert J. McMurtry<br>Tec-Air, Inc.<br>9200 Calumet Ave., Suite NW01<br>Munster, IN 46321 | | | Sole Shareholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  October 27, 2017

Signature  /s/ Robert J. McMurtry

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Tec-Air, Inc.**                                                                 Case No.
                               Debtor(s)                                                 Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tec-Air, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**October 27, 2017**
Date

S. Jason Teele, Esq.
Nicole Stefanelli, Esq.
**CULLEN AND DYKMAN LLP**
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 849-0220
Facsimile: (973) 849-2020
steele@cullenanddykman.com
nstefanelli@cullenanddykman.com

- and -

Michael H. Traison, Esq.
**CULLEN AND DYKMAN LLP**
175 East Delaware Place
Suite 7011
Chicago, Illinois 60611
Telephone: (312) 860-4230
mtraison@cullenanddykman.com