**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Tec–Air, Inc.** <br> Name | EIN | **36–2708624** |
| United States Bankruptcy Court  **Northern District of Illinois** <br> Case number:  **17–32273** | | Date case filed for chapter **11**  **10/27/17** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case       12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Tec–Air, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Tec Air, Inc. | |
| 3. | **Address** | 9200 Calmut AV, Ste NW01 <br> Munster, IN 46321 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael Traison <br> Cullen and Dykman LLP <br> 44 Wall Street <br> 19th Floor <br> New York, NY 10005 | Contact phone  312–860–4230 <br> Email: mtraison@cullenanddykman.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone  1–866–222–8029 <br><br> Date: 11/1/17 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **December 5, 2017 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 802, Chicago, IL 60604** |

**For more information, see page 2 >**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | Your claim will be allowed in the amount scheduled unless: |
| | - your claim is designated as *disputed*, *contingent*, or *unliquidated;* |
| | - you file a proof of claim in a different amount; or |
| | - you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A).<br><br>**Deadline for filing the complaint:   2/5/18** |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 17-32273-JSB
Tec-Air, Inc.                                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: evelyng              Page 1 of 5                Date Rcvd: Nov 01, 2017
                               Form ID: 309F              Total Noticed: 261

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
```
db          +Tec-Air, Inc.,    9200 Calmut AV, Ste NW01,    Munster, IN 46321-0048
smg         +Internal Revenue Service,    Mail Stop 5014CHI,    230 S. Dearborn Street, Room 2600,
              Chicago, IL 60604-1705
26145969    +ABC Employment Holdings,    d/b/a MS Companies,    P.O. Box 205497,    Dallas, TX 75320-5497
26145971    +ACS Auxilliaries,    Department 4509,    Carol Stream, IL 60122-0001
26145974    +AEC, Inc.,    Department 4514,    Carol Stream, IL 60122-0001
26145975    +AEC, Inc.,    DBA Ball & Jewell,    P.O. Box 1672,    Louisville, KY 40201-1672
26145976     AFLAC,    Attn: Remittance Processing,    1932 Wynnton Road,    Columbus, GA 31999-0797
26145970    +Able Paper & Janitorial Supply,    8200 Utah Street,    Merrillville, IN 46410-6541
26145972    +Adventist Hindsdale,    P.O. Boc 17142,    Belfast, ME 04915-4066
26145973    +Adventist La Grange Hospital,    33866 Treasury Center,    Chicago, IL 60694-3800
26145977    +Akerman LLP,    P.O. Box 4906,    Orlando, FL 32802-4906
26145978    +Allied Benefit Systems, Inc.,    200 W Adams Street,    Suite 500,    Chicago, IL 60606-5215
26145980    +Allied Benefit Systems, Inc.,    P.O. Box 3642,    Carol Stream, IL 60132-3642
26145979    +Allied Benefit Systems, Inc.,    P.O. Box 3649,    Carol Stream, IL 60132-3649
26145981     Altrust Precision Tooling Co.,    Rm. 901, Block 4, Tia Ping Ind Ctr,    51a Ting Kok Road,
              Tiapo, HONG KONG
26145982    +American Anesthesia,    P.O. Box 535775,    Atlanta, GA 30353-5510
26145983    +American Health Holding,    7400 West Campus Road F-510,    New Albany, OH 43054-8723
26145984    +Anastasi Jellum, P.A.,    Attn: President,    14985 60th Street, North,
              Stillwater, MN 55082-6696
26145985    +Arburg, Inc.,    644 West Street,    Rocky Hill, CT 06067-3414
26145986    +Arora MD,    P.O. Box 281,    Dyer, IN 46311-0281
26145987    +Asahi Kasei Plastics NA, Inc.,    Dept. 77600,    P.O. Box 77000,    Detroit, MI 48277-2000
26145988    +Associated Radiologists,    6801 W 73rd Street, Unit 637,    Bedford Park, IL 60499-5322
26145991    +Benchmark Fasteners, Inc.,    270 Commonwealth Drive,    Carol Stream, IL 60188-2449
26145993     Best Messenger Service, Inc.,    c/o US Pack,    Dept. CH 19043,    Palatine, IL 60055-9043
26145994    +Best Metal,    925 Dieckman Street,    Woodstock, IL 60098-9262
26145996    +Blades Machinery,    750 Nicholas Blvd.,    Elk Grove Village, IL 60007-2591
26145997    +Byline Bank f/k/a Ridgestone Bank,    Attn: Loan Operations Dept.,
              500 Elm Grove Road, Suite 104,    Elm Grove, WI 53122-2546
26146000    +CD&R Components Inc.,    3247 W. State Rd. 229,    Batesville, IN 47006-7851
26146008     CLC Lubricants Co.,    0N902 Old Kirk Road,    P.O. Box 764,    Geneva, IL 60134-0764
26146009    +CNA,   2405 Lucien Way,    830010-7331981,    Maitland, FL 32751-7022
26146010     CNA Insurance,    P.O. Box 790094,    Saint Louis, MO 63179-0094
26146019    +COTG,   P.O. Box 5940,    Lock Box 20-COE001,    Carol Stream, IL 60197-5940
26145999     Catching Fluidpower, Inc.,    62980 Collections Center Drive,    Chicago, IL 60693-0629
26146001    +Central Dupage Hospital,    Dept 4698,    Carol Stream, IL 60122-0001
26146003    +Chicago Electric,    490 Tower Boulevard,    Carol Stream, IL 60188-9427
26146004    +Chicago Metropolitan Fire Prev.,    820 N. Addison Avenue,    Elmhurst, IL 60126-1218
26146005    +Chicago Office Products Co.,    9710 Industrial Drive,    Bridgeview, IL 60455-2305
26146006    +Chicago Rehabilitation,    P.O. Box 37,    Worth, IL 60482-0037
26146007    +Cideas,    125 Erick Street, Suite #A115,    Crystal Lake, IL 60014-4500
26146011    +Comcast,    1701 John F Kennedy Blvd,    P.O. Box 37601,    Philadelphia, PA 19101-0601
26146012    +Comcast Business,    1701 John F. Kennedy Blvd,    Philadelphia, PA 19103-2838
26146014    +Commercial Pallet, Inc.,    2029 W. Hubbard,    Chicago, IL 60612-1609
26146015    +Community Care Net,    P.O. Box 84024,    Chicago, IL 60689-4024
26146016    +Community Hospital,    Occupational Health,    P.O. Box 3604,    Munster, IN 46321-0703
26146017    +Community Hospitals of IL,    6233 Reliable Parkway,    Chicago, IL 60686-0001
26146018     Conair/IPEG, Inc.,    P.O. Box 644537,    Pittsburgh, PA 15264-4537
26146020    +Crossmark Printing Inc.,    18400 South 76th Avenue,    Suite A,    Tinley Park, IL 60477-6222
26146021    +D & D Enterprises, Inc.,    P.O. Box 1176,    Frankfort, IL 60423-7176
26146029     DME Company,    Lockbox #774867,    4867 Solutions Center,    Chicago, IL 60677-4008
26146022    +Daiichi Jitsugyo ( America) Inc.,    7880 Solution Center,    Chicago, IL 60677-0001
26146023    +Daniel J. Stoller, Esq.,    Korey Richardson, LLC,    20 S. Clark Street, Suite 500,
              Chicago, IL 60603-1832
26146025    +Decatur Mold,    P.O. Box 387,    North Vernon, IN 47265-0387
26146026     Delta Industries Inc.,    2201 Curtiss Street,    Downers Grove, IL 60515-4010
26146027    +Dennis W. Loughlin, Esq.,    Warner Norcross & Judd LLP,    2000 Town Center, Suite 2700,
              Southfield, MI 48075-1318
26146028    +Diversified Engineering Services,    Desi Staffing,    32401 West Eight Mile Road,
              Livonia, MI 48152-1301
26146030    +Don Ulrich,    c/o Randy Gillary, Esq.,    201 W. Big Beaver Road, Suite 1020,
              Troy, MI 48084-4154
26146031    +Dynasty Mold Builders, Inc.,    250 Jamie Lane,    Wauconda, IL 60084-3206
26146032    +Eagle Mat & Floor Products,    7917 Cessna Avenue,    Unit G,    Gaithersburg, MD 20879-4112
26146034    +Entec,   1900 Summit Tower Blvd, Suite 900,    Orlando, FL 32810-5925
26146035     Entec Polymers,    P.O. Box 934329,    Atlanta, GA 31193-4329
26146036    +Eugene S. Kraus, Esq.,    Scott & Kraus, LLC,    150 South Wacker Dr., Suite 2900,
              Chicago, IL 60606-4206
26146037    +Euler Hermes Collections N. America,    Attn: Darrel Austin,
              800 Red Brook Boulevard Suite 400C,    Owings Mills, MD 21117-5173
26146044    +FPM Heat Treating,    1501 Lively Blvd.,    Elk Grove Village, IL 60007-5095
26146039     Fedex,    P.O. Box 94515,    Palatine, IL 60094-4515
```

```
District/off: 0752-1          User: evelyng              Page 2 of 5               Date Rcvd: Nov 01, 2017
                              Form ID: 309F              Total Noticed: 261

26146040        Fedex Freight, Inc.,    Dept CH,    P.O. Box 10306,    Palatine, IL 60055-0306
26146041       +Fidelity Security Life Ins.,    3130 Broadway Blvd.,    Kansas City, MO 64111-2452
26146042       +First Call Quality,    P.O. Box 7096, Dept #252,    Indianapolis, IN 46207-7096
26146045       +Franciscan Health,    35987 Eagle Way,    Chicago, IL 60678-0359
26146046       +Franciscan Health Munster,    701 Superior Avenue,    Munster, IN 46321-4037
26146047       +Franciscan Healthcare Munster,    26083 Network Place,    Chicago, IL 60673-1260
26146048       +Franciscan Physicians,    P.O. Box 781076,    Detroit, MI 48278-1076
26146049        Fre-Flo Distribution,    3700 Inpark City,    Dayton, OH 45414
26146050        Fred Pfenninger, Esq.,    Pfenninger & Associates,    9247 North Meridian Street, Suite 2,
                 Indianapolis, IN 46260-1976
26146052       +GR Spring & Stamping Inc.,    706 Bond Avenue, N.W.,    Grand Rapids, MI 49503-1434
26146051        Global Equipment Co., Inc.,    29833 Network Place,    Chicago, IL 60673-1298
26146055       +Great Lakes Welding Supply,    1226 Birch Drive,    Schererville, IN 46375-1336
26150137       +Gregory A. Hunziker,    416 Main Street Ste 1600,    Peoria, IL 61602-1178
26146056        Groot Industries, Inc.,    P.O. Box 92257,    Elk Grove Village, IL 60009-2257
26146057        Guardian-Appleton,    P.O. Box 14319,    Lexington, KY 40512-4319
26146058       +H Alan Jones D.O., Inc.,    929 Ridge Road, Suite 7,    Munster, IN 46321-1769
26146063        HOH Water Technology,    500 S Vermont St,    P.O. Box 487,    Palatine, IL 60078-0487
26146059       +Hagerman & Company, Inc.,    P.O. Box 139,    505 Sunset Court,    Mt Zion, IL 62549-1564
26146060       +Hicksgas, LLC (Thayer),    5768 E State Road 10,    P.O. Box 301,    Roselawn, IN 46372-0301
26146061       +Hines Industries,    240 Metty Drive,    Ann Arbor, MI 48103-9498
26146062       +Hinsdale Office CS,    125 W 2nd Street,    Hinsdale, IL 60521-4014
26146064        IFM Efector, Inc.,    P.O. Box 8538-307,    Philadelphia, PA 19171-0307
26146076       +IQMS,    2231 Wisteria Lane,    Paso Robles, CA 93446-9820
26146066       +Illinois Retina Assoc,    71 West 156th Street, Suite 400,    Harvey, IL 60426-4265
26146067       +Imaging Associates,    75 Remittance Dr., Dept 1162,    Chicago, IL 60675-1162
26146068       +Impact Technology Solutions,    335 W 806 N,    Valparaiso, IN 46385-7973
26146072        Indiana Department of Revenue,    Office of the Commissioner,    IGC-North, Room N248,
                 Indianapolis, IN 46204
26146073        Indiana Economic Development Corp.,    Attention: General Counsel,
                 One North Capitol, Suite 700,    Indianapolis, IN 46204-2288
26146074       +Industrial Thermo Products,    1051 Rohlwing Road #C,    Rolling Meadows, IL 60008-1051
26146077       +Janet Rivett,    c/o Daniel Ebner, Esq.,    53 West Jackson Boulevard, Ste 1025,
                 Chicago, IL 60604-3650
26146078       +Jarava MD,    P.O. Box 578874,    Chicago, IL 60657-7315
26146079       +Kirit C Shah, MD,    6252 S Archer Road,    Summit Argo, IL 60501-1720
26146080       +Komatsu Forklift of Chicago,    11800 South Austin Ave,    Alsip, IL 60803-3559
26146081       +Kopp Welding, Inc.,    991 Oakton Street,    Elk Grove Village, IL 60007-1905
26146085        LBC Owner LLC,    Lease,    75 Remittance Drive, Dept 1282,    Chicago, IL 60675-1282
26146084       +LBC Owner LLC,    Simborg Industrial Real Estate,    1149 W. 175th Street,
                 Homewood, IL 60430-4604
26146082       +Lanxess,    13674 Collections Center Dr,    Chicago, IL 60693-0136
26146083       +Lanxess Corporation,    111 RIDC Park W Dr,    Pittsburgh, PA 15275-1112
26146086       +Liaison Technologies,    Dept AT 952956,    1501 North Plano Rd, Suite 100,
                 Richardson, TX 75081-2493
26146087        Liberty Propane,    P.O. Box 458,    Lemont, IL 60439-0458
26146088       +Little Co of Mary Hospital,    2800 West 95th Street,    Evergreen Park, IL 60805-2795
26146089       +Loyola University Medical Center,    P.O. Box 83263,    Chicago, IL 60691-0263
26146090       +Loyola University Medical Center,    2160 South First Avenue,    Maywood, IL 60153-3328
26146091       +M. Holland Company,    400 Skokie Blvd, Suite 600,    Northbrook, IL 60062-7921
26146105       +MSC Industrial Supply,    P.O. Box 953635,    Saint Louis, MO 63195-3635
26146092       +MacNeal Hospital,    2384 Paysphere Circle,    Chicago, IL 60674-0023
26146093        Materials Engineering Inc.,    47 W. 605 I.C. Trial,    Virgil, IL 60151
26146094       +Matis Inc.,    10235 Southwest Highway,    Chicago Ridge, IL 60415-1350
26146095       +Matsui,    5825 Turnberry Drive,    Hanover Park, IL 60133-5461
26146096        McMaster-Carr Supply Co.,    P.O. Box 7690,    Chicago, IL 60680-7690
26146097       +McShane's Business Products,    1844 45th Street,    Munster, IN 46321-3916
26146098       +Meany Inc.,    17401 Laflin Ave,    Hazel Crest, IL 60429-1864
26146100       +Methodist Hospitals Inc.,    27383 Network Place,    Chicago, IL 60673-1273
26146101        Metlife - Group Benefits,    P.O. Box 804466,    Kansas City, MO 64180-4466
26146102       +Midwest Moving and Storage,    1255 Tonne Road,    Elk Grove Village, IL 60007-4925
26146103       +Midwest Pension Plan,    245 Fencl Lane,    Hillside, IL 60162-2001
26146104       +Mitchell H. Simborg,    Simborg Industrial Real Estate, Inc,    1149 West 175th Street,
                 Homewood, IL 60430-4604
26146106       +Mt. Sinai Hospital Medical Center,    26467 Network Place,    Chicago, IL 60673-1264
26146107       +Munster High Booster Club,    8808 Columbia Avenue,    Munster, IN 46321-2598
26146108        National Lift Truck,    Dept. 20-316,    P.O. Box 5977,    Carol Stream, IL 60197-5977
26146109       +Neal Wolf & Associates,    155 N. Wacker Dr., Suite 1920,    Chicago, IL 60606-1719
26146110        Nexeo Solutions, Inc.,    62190 Collections Center Drive,    Chicago, IL 60693-0621
26146111       +Nexus Employment Solutions,    150 Anton Drive,    Romeoville, IL 60446-4052
26146112       +Nexus Employment Solutions Plus Inc,    8135 Kennedy Ave,    Highland, IN 46322-1128
26146114       +Nissan Trading Co.,    1974 Midway Lane,    Smyrna, TN 37167-5872
26146115       +Nissan Trading Corp., Americas,    1974 Midway Lane,    Smyrna, TN 37167-5872
26146117       +Northstar Location Services LLC,    Attn: Financial Services Dept,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
26146118       +Northwest Indiana Pathology,    901 MacARthur Blvd.,    Munster, IN 46321-2901
26146119       +Northwestern Medical,    38205 Eagle Way,    Chicago, IL 60678-0382
26146120       +Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
26146121       +O.R. Laser Technology, Inc.,    1420 Howard Street,    Elk Grove Village, IL 60007-2221
26146123       +Office Team,    12400 Collections Center Drive,    Chicago, IL 60693-0124
```

```
District/off: 0752-1          User: evelyng                Page 3 of 5                  Date Rcvd: Nov 01, 2017
                              Form ID: 309F                Total Noticed: 261


26146122       +Office of the US Attorney,    5400 Federal Plaza, Suite 1500,    Hammond, IN 46320-1843
26146124       +Omni Plastics,    2300 Lynch Road,    Evansville, IN 47711-2951
26146125       +On Time Messenger,    P.O. Box 871,    Elk Grove Village, IL 60009-0871
26146126       +P.J. Spring Co., Inc.,    1295 Helena Drive,    West Chicago, IL 60185-2677
26146132        PCS Company,    Dept. 771831,    P.O. Box 77000,    Detroit, MI 48277-1831
26146127       +Packaging Corporation of America,    P.O. Box 71627,    Chicago, IL 60694-1627
26146128       +Packaging Logic,    239 Factory Street,    La Porte, IN 46350-2624
26146129       +Pain Control Associates,    P.O. Box 787,    Schererville, IN 46375-0787
26146133       +Phillip L. Goldberg,    Simborg Industrial Real Estate, Inc,    1149 West 175th Street,
                 Homewood, IL 60430-4604
26146134       +Pirtek,   1499 Tonne Road,    Elk Grove Village, IL 60007-5003
26146135        Pitney Bowes Global Financial Serv,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
26146136        Pitney Bowes Purchase Power,    P.O. Box 371874,    Pittsburgh, PA 15250-7874
26146137        Plastic Process Equipment, Inc.,    P.O. Box 670425,    Northfield, OH 44067-0425
26146138        Plastics Color Corp of IL,    P.O. Box 918804,    Denver, CO 80291-1688
26146139       +Plastics Color Corp.,    P.O. Box 1717,    1134 Highway 495,    Asheboro, NC 27204-1717
26146140        Plastics Color Corp. of NC,    Highway 49 South,    Asheboro, NC 27203
26146141       +Prairie Square LLC,    Attn: On Site Manager,    2121 45th Street,    Highland, IN 46322-3762
26146142       +Priority Messenger Service,    P.O. Box 66152,    Chicago, IL 60666-0152
26146143       +Pro Auto,   530 N. Carney Dr.,    Saint Clair, MI 48079-5213
26146146        Progressive Enterprises,    946 East Old Willow Road,    Suite 204,
                 Prospect Heights, IL 60070-2441
26146147       +Purcell Commercial Cleaning,    400 Fisher Street, Unit C,    Munster, IN 46321-2358
26146148        Quadrant Magnetics,    2606 River Green Circle,    Louisville, KY 40206
26146150       +Radici Plastics USA,    960 Seville Road,    Wadsworth, OH 44281-8316
26146151       +Reed Machinery & Transportation,    712 N. Farnsworth Ave.,    P.O. Box 1105,
                 Aurora, IL 60507-1105
26146152       +Richard J. Traub, Esq.,    Freeborn & Peters LLP,    311 South Wacker Dr., St 3000,
                 Chicago, IL 60606-6679
26146154       +Richard Swin,    c/o Jennifer McMurtry,    344 E First Street,    Hinsdale, IL 60521-4205
26146153       +Richard Swin,    c/o Jennifer McMurty,    344 E First Street,    Hinsdale, IL 60521-4205
26146156       +Rikki Kay Swin,    685 Spring Street,    #1039,    Friday Harbor, WA 98250-8058
26146157       +Ron’s Staffing Services, Inc.,    666 Dundee Road, Suite 103,    Northbrook, IL 60062-2744
26146158       +Rush University Medical Center,    Department 4565,    Carol Stream, IL 60122-0001
26146159       +S-2 International LLC,    5916 East Lake Pkwy, Suite 311,    McDonough, GA 30253-4802
26146162       +SCSI Business Solutions, LLC,    101 Penny Avenue,    Columbia, TN 38401-4512
26146163       +SCSI LLC,   8515 N University St,    Peoria, IL 61615-1629
26146160       +Schmit Prototypes,    Concepts through Production,    1801 Indianhead Drive - E,
                 Menomonie, WI 54751-8501
26146161       +Schwab Paper Products,    636 Schwab Circle,    Romeoville, IL 60446-1144
26146164        Sedgwick Claims Mgmt Services,    P.O. Box 5076,    Memphis, TN 38101-5076
26146165       +Selden Fox,    619 Enterprise Drive,    Oak Brook, IL 60523-8835
26146166       +Sepro America, LLC,    765 Commonwealth Drive, Suite 104,    Warrendale, PA 15086-7520
26146167       +Silver Cross Hospital,    7017 Solution Center,    Chicago, IL 60677-7000
26146168       +Simple Laboratories,    5960 Milwaukee Avenue,    Chicago, IL 60646-5424
26146169       +Solvent Systems,    70 King Street,    Elk Grove Village, IL 60007-1109
26146171        Southwest Airlines,    Cargo Management Group,    P.O. Box 36611,    Dallas, TX 75235-1611
26146172       +Sreeram MD,    255 90th Drive,    Merrillville, IN 46410-8144
26146174       +St. Vincent Hospital,    1207 Reliable Parkway,    Chicago, IL 60686-0012
26146175       +Stanley Spring,    5050 W. Foster Ave,    Chicago, IL 60630-1614
26146176       +Steiner Electric,    2665 Paysphere Circle,    Chicago, IL 60674-0026
26146177       +Sterling Staffing,    Two Westbrook Corproate Center,    Suite 300,    Westchester, IL 60154-5721
26146178       +Stoner,   1070 Robert Fulton Highway,    P.O. Box 65,    Quarryville, PA 17566-0065
26146179       +Stratosphere Quality LLC,    12024 Exit Five Parkway,    Fishers, IN 46037-7940
26146180       +Suburban Anesthesiologist,    P.O. Box 66973,    Chicago, IL 60666-0973
26150138       +Supply Chain Services Internatinal,    416 Main Street Ste 1600,    Peoria, IL 61602-1178
26146182       +Supply Chain Services International,    c/o Hunziker & Heck LLC,    416 Main Street,
                 Peoria, IL 61602-1190
26146184       +Surfacetec Corp,    471Podlin Dr,    Franklin Park, IL 60131-1007
26146185       +Telar,   12995 Hawke Rd,    P.O. Box 700,    Columbia Station, OH 44028-0700
26146186       +Tennova Healthcare,    P.O. Box 402350,    Atlanta, GA 30384-2350
26146187       +The Breast Care Center,    8550 Naab Road, Suite 200,    Indianapolis, IN 46260-2086
26146188       +The Community Hospital,    P.O. Box 3602,    Munster, IN 46321-0756
26146189       +The Leaders Bank,    Att: Office of the General Counsel,    2001 York Road,
                 Oak Brook, IL 60523-8897
26146190       +The Materials Group, LLC,    575 Byrne Industrial Drive,    Rockford, MI 49341-1085
26146191      #+The PIC Group, Inc.,    50570 Wing Drive,    Shelby Township, MI 48315-3289
26146192       +Three Twenty-One Capital Partner,    2205 Warwick Way, Suite 310,
                 Marriottsville, MD 21104-1633
26146193       +Timothy J Morrison OD,    8605 W 95th Street,    Hickory Hills, IL 60457-2704
26146194       +Toray Resin Company,    821 W. Mausoleum Road,    Shelbyville, IN 46176-9719
26146195        Toray Resin Company,    Dept 771235,    Detroit, MI 48277-1235
26146197       +UESCO Industries, Inc.,    P.O. Box 489,    Worth, IL 60482-0489
26146198       +UIC Anesthesiology,    7732 Solution Center,    Chicago, IL 60677-0001
26146199       +UIC Surgery,    7732 Solution Center,    Chicago, IL 60677-0001
26146204        UPS,   Lockbox 577,    Carol Stream, IL 60132-0577
26146205        UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
26146206        UPS Logistics,    649 Fairmont Avenue Suite 400,    Baltimore, MD 21286
26146207        UPS Supply Chain Solutions,    28013 Network Place,    Chicago, IL 60673-1280
```

```
District/off: 0752-1          User: evelyng               Page 4 of 5              Date Rcvd: Nov 01, 2017
                              Form ID: 309F               Total Noticed: 261


26146202      +United States Attorney's Office,    Northern District of Illinois,
                219 S. Dearborn Street, 5th Floor,    Chicago, IL 60604-2029
26146203      +University of Illinois Hospital,    7712 Solution Center,    Chicago, IL 60677-0001
26146208      +Vac Motion Inc.,    208 South Meadow Road,    Plymouth, MA 02360-4776
26146209      +Vactec LLC,    P.O. Box 20365,    Kalamazoo, MI 49019-1365
26146210      +Vantec World Transport (USA),    21061 S. Western Avenue, Suite 300,    Torrance, CA 90501-1735
26146211      +Vedder Price,    222 North La Salle Street,    Chicago, IL 60601-1104
26146212       Veritiv Operating Company,    3568 Solutions Center,    Chicago, IL 60677-3005
26146213      +Village of Willow Springs,    One Village Circle,    Willow Springs, IL 60480-1665
26146214      +Voelker Litigation Group,    600 West Jackson Blvd, Suite 100,    Chicago, IL 60661-5609
26146215      +Washington Penn Plastic Co.,    450 Racetrack Road,    P.O. Box 236,    Washington, PA 15301-0236
26146216       Waste Management,    P.O. Box 4648,    Carol Stream, IL 60197-4648
26146218       Welch Packaging Group,    24775 Network Place,    Chicago, IL 60673-1247
26146223       Wilhelm Weber GmbH & Co. KG,    Otto-Bayer-Strabe 8-10,    73730 Esslingen am Neckar,    GERMANY
26146224      +Wipeco,    250 N. Mannheim Road,    Unite B,    Hillside, IL 60162-1835
26146225      +Wittman Bottenfeld,    One Technology Park Drive,    Torrington, CT 06790-2594
26146226      +Wright Beamer PC,    Attn: Heather Brenneman Miles, Esq,    31500 Northwestern Hwy., Ste. 140,
                Farmington, MI 48334-2568
26146227      +Wuertz Law Office LLC,    210 Victoria Centre,    22 East Washington Street,
                Indianapolis, IN 46204-3529
26146228       Yudo Inc.,    P.O. Box 675012,    Detroit, MI 48267-5012
26146229      +Yushin America,    35 Kenney Dr.,    Cranston, RI 02920-4497
26146230      +ZMX Transportation Services,    9140 West Plainfield Road,    Brookfield, IL 60513-2422
26146231      +Zondor Creative,    217 Industrial Drive,    Griffith, IN 46319-3838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: mtraison@cullenanddykman.com Nov 02 2017 01:16:38      Michael Traison,
                Cullen and Dykman LLP,    44 Wall Street,    19th Floor,    New York, NY 10005
smg           +EDI: IRS.COM Nov 02 2017 00:23:00      Department of the Treasury,    Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
26145968       E-mail/Text: michael.welday@aschulman.com Nov 02 2017 01:17:20      A. Schulman, Inc.,
                24089 Network Place,    Chicago, IL 60673-1240
26145990       EDI: CINGMIDLAND.COM Nov 02 2017 00:23:00      AT&T Mobility,    P.O. Box 6416,
                Carol Stream, IL 60197-6416
26145989       EDI: CINGMIDLAND.COM Nov 02 2017 00:23:00      AT&T Mobility,    P.O. Box 6463,
                Carol Stream, IL 60197-6463
26145992      +E-mail/Text: marlene@best-tsi.com Nov 02 2017 01:18:07      Best Messenger Service, Inc.,
                671 Executive Drive,    Hinsdale, IL 60527-5603
26145995      +E-mail/Text: marlene@best-tsi.com Nov 02 2017 01:18:07      Best Transportation Service, Inc.,
                1020 Davey Road,    Suite 800,    Woodridge, IL 60517-5108
26146013      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Nov 02 2017 01:19:19      COMED,
                3 Lincoln Centre, 4th Floor,    Oakbrook Terrace, IL 60181-4204
26146002       E-mail/Text: dsexton@chaseplastics.com Nov 02 2017 01:17:31      Chase Plastic Services Inc.,
                Dept 231101,    P.O. Box 67000,    Detroit, MI 48267-2311
26146024      +E-mail/Text: lsedensky@daytonfreight.com Nov 02 2017 01:17:33      Dayton Freight,
                P.O. Box 340,    Vandalia, OH 45377-0340
26146038      +E-mail/Text: rhonda.lingle@expresspros.com Nov 02 2017 01:19:32      Express Services Inc.,
                P.O. Box 535434,    Atlanta, GA 30353-6220
26146043      +E-mail/Text: fileroom@rubin-levin.net Nov 02 2017 01:20:15
                First Call Temporary Services, Inc.,    c/o Rubin & Levin, PC,
                135 N. Pennsylvania St., Suite 1400,    Indianapolis, IN 46204-2489
26146053       E-mail/Text: scd_bankruptcynotices@grainger.com Nov 02 2017 01:18:02      Grainger,
                Dept 801542960,    Palatine, IL 60038-0001
26146054      +E-mail/Text: collectionsbk@glcu.org Nov 02 2017 01:18:08      Great Lakes Credit Union,
                P.O. Box 1289,    Attn: Accounts Receivable,    Deerfield, IL 60015-6004
26146065       E-mail/Text: rev.bankruptcy@illinois.gov Nov 02 2017 01:17:55
                Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, IL 60664-0338
26146069      +E-mail/Text: jdewig@imprint-e.com Nov 02 2017 01:19:56      Imprint Enterprises, Inc.,
                555 North Commons Drive,    Aurora, IL 60504-4112
26146071      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Nov 02 2017 01:23:21
                Indiana Department of Revenue,    Bankruptcy Section - MS 108,    100 North Senate Avenue, N240,
                Indianapolis, IN 46204-2231
26146070       E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Nov 02 2017 01:23:21
                Indiana Department of Revenue,    P.O. Box 40,    Indianapolis, IN 46206-0040
26146113      +E-mail/PDF: nipscobankruptcymailbox@nisource.com Nov 02 2017 01:23:11      NIPSCO,
                P.O. Box 13007,    Merrillville, IN 46411-3007
26146116      +E-mail/PDF: nipscobankruptcymailbox@nisource.com Nov 02 2017 01:23:11
                North Indiana Public Service Co.,    801 E. 86th Avenue,    Merrillville, IN 46410-6271
26146131       E-mail/Text: jvolpe@paychex.com Nov 02 2017 01:17:07      Paychex,    Human Resources Services,
                1175 John Street,    West Henrietta, NY 14586-9199
26146144      +E-mail/Text: BILLING@PROCOMPS.COM Nov 02 2017 01:20:07      Progressive Components,
                235 Industrial Drive,    Wauconda, IL 60084-1078
26146145       E-mail/Text: BILLING@PROCOMPS.COM Nov 02 2017 01:20:07      Progressive Components,
                Dept 20-7006,    P.O. Box 5997,    Carol Stream, IL 60197-5997
26146170      +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Nov 02 2017 01:19:40
                South Suburban Hospital,    22091 Network Place,    Chicago, IL 60673-1220
26146181      +E-mail/Text: kellyf@superiorpetroleum.com Nov 02 2017 01:18:10
                Superior Petroleum Products, Inc.,    865 N Superior Dr.,    Crown Point, IN 46307-8299
```

```
District/off: 0752-1           User: evelyng                Page 5 of 5                  Date Rcvd: Nov 01, 2017
                               Form ID: 309F                Total Noticed: 261
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
26146196       +E-mail/Text: rbutler@munster.org Nov 02 2017 01:17:43     Town of Munster Utilities Dept.,
                 1005 Ridge Road,   Munster, IN 46321-1849
26146200       +E-mail/Text: legal.department@ul.com Nov 02 2017 01:20:00     UL LLC,    333 Pfingsten Road,
                 Northbrook, IL 60062-2002
26146201       +E-mail/Text: accounts.receivable@uline.com Nov 02 2017 01:18:41     Uline,
                 Attn: Accounts Receivable,    P.O. Box 88741,    Chicago, IL 60680-1741
26146217       +E-mail/Text: rmcbknotices@wm.com Nov 02 2017 01:19:34     Waste Management of Indiana, LLC,
                 2000 Dombey Road,   Portage, IN 46368-1441
26146219       +EDI: WFFC.COM Nov 02 2017 00:23:00      Wells Fargo Equipment Finance,
                 Manufacturer Services Group,   300 Tri-State International, St 400,
                 Lincolnshire, IL 60069-4417
26146220        EDI: WFFC.COM Nov 02 2017 00:23:00      Wells Fargo Financial Capital,    Accts Receivable,
                 P.O. Box 7777,   San Francisco, CA 94120-7777
26146221        EDI: WFFC.COM Nov 02 2017 00:23:00      Wells Fargo Financial Leasing,    Accts Receivable,
                 P.O. Box 10306,   Des Moines, IA 50306-0306
26146222       +EDI: WFFC.COM Nov 02 2017 00:23:00      Wells Fargo Financial Leasing, Inc.,
                 800 Walnut, 4th Floor,   Des Moines, IA 50309-3891
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26145998      Calidad en Servicios Industriales,   C.P. 78170,   San Luis Potosi SLP
26146033      Edward Eckart
26146099      Melissa McKnight
26146130      Pathology Consultants
26146149      Quest Diagnostics
26146155      Ricky McGear
26146173      St. Jude Medical Clinic
26146183      Sure-Cut E.D.M. Inc.
26146075*     Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 8, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
```
              Eugene S. Kraus    on behalf of Creditor    The Leaders Bank ekraus@skcounsel.com
              Michael   Traison    on behalf of Debtor 1    Tec-Air, Inc. mtraison@cullenanddykman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy W Brink    on behalf of Interested Party    Chatterjee Management Company tbrink@mpslaw.com,
               crampich@mpslaw.com
                                                                                             TOTAL: 4
```