**Exhibit A**

35011.1 475936v1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TEC-AIR, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-32273 (JSB) |

**DECLARATION OF S. JASON TEELE IN SUPPORT OF THE
DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF CULLEN AND DYKMAN LLP AS
COUNSEL TO THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

S. Jason Teele, pursuant to 28 U.S.C. § 1476, declares:

1. I am a partner with the law firm of Cullen and Dykman LLP ("Cullen and Dykman"), which maintains offices in various locations including One Riverfront Plaza, Newark, New Jersey 07102. I am an attorney duly admitted to practice law in the State of New Jersey.

2. I submit this Declaration in support of the application (the "Application")[1] of Tec-Air, Inc., the above-captioned debtor and debtor in possession (the "Debtor"), for entry of an order pursuant to sections 327(a), 328 and 1107 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the employment and retention of Cullen and Dykman LLP as counsel to the Debtor effective as of the Petition Date, and to provide the disclosures required under Bankruptcy Rules 2014(a) and 2016(b).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

35011.1 475936v1

## SERVICES TO BE PROVIDED

3.   Cullen and Dykman possesses the requisite experience in the handling of bankruptcy and reorganization proceedings, as well as general corporate, litigation and other related matters necessary to represent the Debtor in this Chapter 11 Case.

4.   The professional services the Debtor anticipates Cullen and Dykman will render include, but are not limited to:

(a)   providing the Debtor with advice and preparing all necessary documents regarding debt restructuring, bankruptcy and asset dispositions;

(b)   taking all necessary actions to protect and preserve the Debtor's estate during the pendency of the Chapter 11 Case, including the prosecution of actions by the Debtor, the defense of actions commenced against the Debtor, negotiations concerning litigation in which the Debtor may be involved and objecting to claims filed against the estate;

(c)   preparing on behalf of the Debtor, as a debtor-in-possession, all necessary motions, applications, answers, orders, reports and papers in connection with the administration of the Chapter 11 Case;

(d)   counseling the Debtor with regard to its rights and obligations as a debtor-in-possession;

(e)   appearing in Court to protect the interests of the Debtor; and

(f)   performing all other legal services for the Debtor which may be necessary and proper in this Chapter 11 Case.

## PROFESSIONAL COMPENSATION

5.   The Debtor retained Cullen and Dykman in August 2017 to provide restructuring advice.  The Debtor tendered to Cullen and Dykman a retainer in the amount of $45,000.00, which was fully applied against fees incurred by Cullen and Dykman prior to the commencement of the Chapter 11 Case.

6.   Subject to this Court's approval and in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court,

and such other procedures as may be fixed by order of this Court, Cullen and Dykman will seek compensation on an hourly basis, plus reimbursement of the actual and necessary expenses that Cullen and Dykman incurs, in accordance with the ordinary and customary rates which are in effect on the date the services are rendered. Cullen and Dykman's current hourly rates are as follows:

| | |
|---|---|
| Partners: | $375.00 - $750.00 |
| Associates: | $225.00 - $385.00 |
| Paralegals: | $95.00 - $175.00 |

7. The charges for the attorneys and paralegals who will render services to the Debtor are based upon actual time charges on an hourly basis and upon the experience and expertise of the attorney or paralegal involved. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

8. The fee structure proposed is intended to fairly compensate Cullen and Dykman for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is Cullen and Dykman's policy to charge its clients in all areas of practice for all expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges (at the lower of the rate of twelve cents ($0.12) per page or actual cost), travel expenses, and computerized research and transcription costs. Cullen and Dykman believes that it is appropriate to charge these expenses to the clients incurring them, rather than to increase its hourly rates and thereby spread the expenses among all clients.

9. No agreement or understanding exists between myself, Cullen and Dykman, or any other person for any division or sharing of compensation that is prohibited by statute.

## DISINTERESTEDNESS OF PROFESSIONALS

10. In connection with its proposed retention by the Debtor in the Chapter 11 Case, Cullen and Dykman took certain steps to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Cullen and Dykman obtained from the Debtor and/or its representatives the names of individuals and entities that may be parties in interest in the Chapter 11 Case (the "Parties in Interest"). A list of the Potential Parties in Interest is attached hereto as Schedule 1.

11. A review of Cullen and Dykman's conflict database reveals that Cullen and Dykman has previously represented and/or currently represents the entities listed on Schedule 2 hereto (or their affiliates), in matters wholly unrelated to the Debtor or the Chapter 11 Case. Cullen and Dykman does not anticipate that any conflicts of interest will arise in the Chapter 11 Case with respect to the parties listed on Schedule 2.

12. Except as disclosed herein, insofar as I have been able to ascertain, neither I, Cullen and Dykman, nor any partner, counsel, or associate thereof, have any connection with the Debtor, its creditors, or any other parties in interest, their respective attorneys and accountants, Office of the United States Trustee for the Northern District of Illinois, any person employed in the Office of the United States Trustee for the Northern District of Illinois, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Northern District of Illinois.

13. Despite the efforts described above to identify and disclose Cullen and Dykman's connections with the Debtor and various parties in interest in this case, as the Debtor has not yet completed its schedules of assets and liabilities and statement of financial affairs (collectively,

"Statements and Schedules"), Cullen and Dykman is unable to state with certainty that every client representation or other connection has been disclosed. Should Cullen and Dykman discover additional information that requires disclosure after the Debtor's preparation of the Statements and Schedules, it will supplement these disclosures as appropriate.

14. Cullen and Dykman has in the past represented, currently represents, and may in the future represent entities that are claimants or interest-holders of the Debtor in matters wholly unrelated to the Debtor's Chapter 11 Case. Cullen and Dykman, which employs approximately 150 attorneys, has a large and diversified legal practice that encompasses the representation of many individuals, financial institutions and commercial entities. Some of those entities are or may consider themselves to be creditors or parties in interest in the Debtor's Chapter 11 Case or to otherwise have interests in these cases. If Cullen and Dykman has such clients, it would not represent those clients in any matter related to the Debtor.

15. Cullen and Dykman will continue to supplement these disclosures in the future as appropriate.

16. Cullen and Dykman will not represent any entity other than the Debtor in connection with the Chapter 11 Case.

17. To the best of my knowledge, after diligent inquiry, Cullen and Dykman is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as Cullen and Dykman, its partners, counsel and associates (a) are not creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the filing of the Debtor's chapter 11 petition, a director, officer, or employee of the Debtor; and (c) do not represent or hold an interest adverse to the interests of the Debtor's estate with respect to the matters in which Cullen and Dykman is proposed to be employed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2017

*/s/     S. Jason Teele*
S. Jason Teele

**Schedule 1**

**Tec-Air, Inc.
Potential Parties in Interest**

**Debtor**:

Tec-Air, Inc.

**Officers/Directors/Members**:

Robert J. McMurtry
Jennifer L. McMurtry

**Restructuring Professionals of the Debtor**:

Cullen and Dykman LLP
Three Twenty-One Capital Partners, LLC

**Secured Lenders**:

The Leaders Bank
Byline Bank, as successor by merger to Ridgestone Bank

**Counsel to Secured Lenders**:

Scott & Kraus, LLC
Chuhak & Tecson, P.C.

**Stalking Horse Bidder**:

Chatterjee Management Company

**Counsel to Stalking Horse Bidder**:

Meltzer, Purtill & Stelle LLC

**Unsecured Creditors**:

A. Schulman, Inc.
ABC Employment Holdings
Able Paper & Janitorial Supply
ACS Auxilliaries
Adventist Hindsdale
Adventist La Grange Hospital
AEC, Inc.
AFLAC

35011.1 475936v1

Akerman LLP
Allied Benefit Systems, Inc.
Altrust Precision Tooling Co.
American Anesthesia
American Health Holding
Arburg, Inc.
Arora MD
Ashahi Kasei Plastics NA, Inc.
Associated Radiologist
Benchmark Fasteners, Inc.
Best Messenger Service, Inc.
Best Metal
Best Transportation Service, Inc.
Blades Machinery
Calidad en Servicios Industriales
Catching Fluidpower, Inc.
CD&R Components Inc.
Central Dupage Hospital
Chase Plastic Services Inc.
Chicago Metropolitan Fire Prev
Chicago Office Products Co.
Chicago Rehabilitation
Cideas
CLC Lubricants Co.
CNA
CNA Insurance
Commercial Pallet, Inc.
Community Care Net
Community Hospital
Community Hospitals of IL
Conair/IPEG, Inc.
COTG
Crossmark Printing Inc.
D & D Enterprises, Inc.
Daiichi Jitsugyo (America) Inc.
Dayton Freight
Decatur Mold
Delta Industries Inc.
Diversified Engineering Services
DME Company
Don Ulrich
Dynasty Mold Builders, Inc.
Eagle Mat & Floor Products
Edward Eckart
Entec Polymers
Euler Hermes Collections N. America

Express Services Inc.
Fedex
Fedex Freight, Inc.
Fidelity Security Life Ins.
First Call Quality
First Call Temporary Services, Inc.
FPM Heat Treating
Franciscan Health
Franciscan Health Munster
Franciscan Healthcare Munster
Franciscan Physicians
Fre-Flo Distribution
Global Equipment Co., Inc.
GR Spring & Stamping Inc.
Grainger
Great Lakes Credit Union
Great Lakes Welding Supply
Guardian-Appleton
H Alan Jones D.O., Inc.
Hagerman & Company, Inc.
Hines Industries
Hinsdale Office CS
IFM Efector, Inc.
Illinois Retina Assoc.
Imaging Associates
Impact Technology Solutions
Imprint Enterprises, Inc.
Indiana Department of Revenue
Industrial Thermo Products
IQMS
Janet Rivett
Jarava MD
Kirit Shah, MD
Komatsu Forklift of Chicago
Kopp Welding, Inc.
Lanxess
Lanxess Corporation
LBC Owner LLC
Liaison Technologies
Little Co. of Mary Hospital
Loyola University Medical Center
M. Holland Company
MacNeal Hospital
Materials Engineering Inc.
Matis Inc.
Matsui

-3-

McMaster-Carr Supply Co.
McShane's Business Products
Meany Inc. Electrical Con.
Melissa McKnight
Methodist Hospital Inc.
Metlife – Group Benefits
Midwest Moving and Storage
Midwest Pension & Profit
Midwest Pension Fund
MSC Industrial Supply
Mt. Sinai Hospital Medical Center
Munster High Booster Club
National Lift Truck
Neal Wolf & Associates
Nexeo Solutions, Inc.
Nexus Employment Solutions
MIPSCO
Nissan Trading Co
Nissan Trading Corp., Americas
Northstar Location Services LLC
Northwest Indiana Pathology
Northwestern Medical
Northwestern Memorial Hospital
O.R. Laser Technology, Inc.
Office Team
Omni Plastics
On Time Messenger
P.J. Spring Co., Inc.
Packaging Corporation of America
Packaging Logic
Pain Control Associates
Pathology Consultants
Paychex
PCS Company
Pirtek
Pitney Bowes Global Financial Serv.
Pitney Bowes Purchase Power
Plastic Profess Equipment, Inc.
Plastics Color Corp. of IL
Plastics Color Corp.
Plastics Color Corp. of NC
Priority Messenger Service
Pro Auto
Progressive Components
Progressive Enterprises
Purcell Commercial Cleaning

Quadrant Magnetics
Quest Diagnostics
Radici Plastics USA
Reed Machinery & Transportation
Richard Swin
Ricky McGear
Rikki Kay Swin
Ron's Staffing Services, Inc.
Rush University Medical Center
S-2 International LLC
Schmit Prototypes
Schwab Paper Products
SCSI Business Solutions, LLC
SCSI LLC
Sedgwick Claims Mgmt Services
Selden Fox
Sepro America, LLC
Silver Cross Hospital
Simple Laboratories
Solvent Systems
South Suburban Hospital
Southwest Airlines
Sreeram MD
St. Jude Medical Clinic
St. Vincent Hospital
Stanley Spring
Steiner Electric
Sterling Staffing
Stoner, Inc.
Stratosphere Quality LLC
Suburban Anesthesiologist
Superior Petroleum Products, Inc.
Supply Chain Services International
Sure-Cut E.D.M. Inc.
Surfacetex Corp.
Telar
Tennova Healthcare
The Breast Care Center
The Community Hospital
The Materials Group, LLC
The PIC Group, Inc.
Timothy J. Morrison OD
Toray Resin Company
UESCO Industries, Inc.
UIC Anesthesiology
UIC Surgery

UL LLC
Uline
University of Illinois Hospital
UPS
UPS Freight
UPS Logistics
UPS Supply Chain Solutions
Vac Motion Inc.
Vactec LLC
Vantec World Transport (USA)
Vedder Price
Veritiv Operating Company
Village of Willow Springs
Voelker Litigation Group
Washington Penn Plastic Co.
Welch Packaging Group
Wells Fargo Equipment Finance
Wells Fargo Financial Leasing
Wilhelm Weber GmbH & Co. KG
Wipeco
Wittman Bottenfeld
Wuertz Law Office LLC
Yudo, Inc.
Yushin America
ZMX Transportation Services
Zondor Creative

**Utilities**:

Northern Indiana Public Service Company
Town of Munster, IN
Waste Management
Comcast Business
AT&T Mobility
Chicago Electric
ComEd
Groot Industries
Hicksgas, LLC
H-O-H Water Technology, Inc.
Liberty Propane

**Contract/Lease Counterparties**:

Comcast Business
Northern Indiana Public Service Company
Indiana Economic Development Corporation

-6-

IQMS Manufacturing ERP
Impact Technology Solutions
H-O-H Water Technology, Inc.
Waste Management of Indiana, L.L.C.
Wells Fargo Equipment Finance
Wells Fargo Financial Leasing
Fletcher Jones Audi Chicago
Munster Development LLC
Prairie Square LLC

**United States Trustee for the Northern District of Illinois (and Key Staff Members)**:

Adam Brief
Kimberly Bacher
Patricia Brasier
Elizabeth Brusa
Joanne W. Burne
Denise Ann Delaurent
Michelle M. Engel
Sandra George-Booker
Kathryn M. Gleason
Julie Hearn
Pamela Hillman
Andrew Hunt
Benita Jones
Maria Kaplan
Keith E. Manikowski
Candice Manyak
Laura Mccabe
Rita Mierzwa
Jeremiah Nelson
Ha Nguyen
Kathryn O'Kelly
Patricia A. Parker
M. Gretchen Silver
Jeffrey Snell
Roman L. Sukley
Thomas Thornton
Jennifer Toth
Robert J. Wakefield
Connie Jean Warner
Stephen G. Wolfe
Marie Yapan

-7-

**Bankruptcy Judges for the Northern District of Illinois**

Chief Judge Pamela S. Hollis
Judge Janet S. Baer
Judge Timothy A. Barnes
Judge Donald R. Cassling
Judge Jacqueline P. Cox
Judge Carol A. Doyle
Judge A. Benjamin Goldgar
Judge LaShonda A. Hunt
Judge Thomas M. Lynch
Judge Jack B. Schmetterer
Judge Deborah L. Thorne

## Schedule 2

### Relationships with Potential Parties in Interest

| Name of Entity Searched | Relationship to Debtor | Nature of Representation |
|---|---|---|
| AT&T Mobility | Utility Provider | Cullen and Dykman has in the past, currently, and may in the future, represent AT&T Comm. of New York in matters wholly unrelated to the Debtor or this Chapter 11 Case. |
| Community Care Net | Unsecured Creditor | Cullen and Dykman has in the past, currently, and may in the future, represent an entity by the name of Community Care Physicians, P.C. in matters wholly unrelated to the Debtor or this Chapter 11 Case. It is unclear whether Community Care Physicians, P.C. is related to Community Care Net. |
| MSC Industrial Supply | Unsecured Creditor | Cullen and Dykman has in the past, currently, and may in the future, represent MSC Industrial Supply a/k/a MSC Industrial Tool Co. Inc. in matters wholly unrelated to the Debtor or this Chapter 11 Case. |
| Wells Fargo Equipment Finance | Unsecured Creditor and Contract/Lease Counterparty | Cullen and Dykman has in the past, currently, and may in the future, represent Wells Fargo Bank, NA in matters wholly unrelated to the Debtor or this Chapter 11 Case. |
| Wells Fargo Financial Leasing | Unsecured Creditor and Contract/Lease Counterparty | Cullen and Dykman has in the past, currently, and may in the future, represent Wells Fargo Bank, NA in matters wholly unrelated to the Debtor or this Chapter 11 Case. |