## Exhibit C

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TEC-AIR, INC., | Case No. 17-32273 (JSB) |
| Debtor. | |

**DECLARATION OF ERVIN M. TERWILLIGER IN SUPPORT OF THE
DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE EMPLOYMENT AND RETENTION OF THREE TWENTY-ONE CAPITAL
PARTNERS AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO
THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

Ervin M. Terwilliger, pursuant to 28 U.S.C. § 1476, declares:

1.       I am the Managing Partner of Three Twenty-One Capital Partners ("<u>321</u>"), which maintains an office at 2205 Warwick Way Suite 310, Marriottsville, Maryland 21104.

2.       I submit this Declaration in support of the application (the "<u>Application</u>")[1] of Tec-Air, Inc., the above-captioned debtor and debtor-in-possession (the "<u>Debtor</u>"), for entry of an order pursuant to sections 327(a), 328 and 1107 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") authorizing the employment and retention of 321 as financial advisor and investment banker to the Debtor effective as of the Petition Date, and to provide the disclosures required under Bankruptcy Rules 2014(a).

<u>**SERVICES TO BE PROVIDED**</u>

3.       321 possesses the requisite experience in the areas of turnarounds, consulting, refinancing, sales as going-concerns, joint ventures, mergers, operating due diligence, creditor

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

advisory, and financial/operational restructuring necessary to serve as the Debtor's financial

advisor and investment banker in this Chapter 11 Case.

4.      The nature and extent of services that 321 may render to the Debtor include, but

are not limited to the following:

(a)      advising the Debtor in connection with its business plan and financial
projections;

(b)      attending meetings with the Debtor and other parties in interest and
providing testimony, if necessary, before the Bankruptcy Court;

(c)      assisting the Debtor in negotiations with creditors, contract counterparties,
lessors and other parties in interest; and

(d)      advising and assisting the Debtor in connection with any potential sale,
transfer or other disposition of its assets, including taking the necessary
steps to market the Debtor's assets in a manner to maximize the value
thereof and to generate the highest and best offers therefor, providing
assistance with respect to the marketing or disposition of the assets and
perform related services necessary to maximize the proceeds to be realized
for the assets, facilitating the dissemination of information to interested
parties with respect to the Debtor's assets and taking any other acts to
prepare for, conduct and effectuate the sale and to insure the highest
possible price(s) and/or best offer(s) for a sale, transfer or other disposition
of the Debtor's assets;

(e)      providing general financial and restructuring advisory services in
connection with the Debtor's Chapter 11 Case.

## PROFESSIONAL COMPENSATION

5.      The Debtor retained 321 in May 2017 to provide certain advisory, restructuring

analysis and valuation services pursuant to an agreement between the Debtor and 321 dated May

8, 2017 (the "Initial Advisory Agreement").   A copy of the Initial Advisory Agreement is

attached to the Application as Exhibit A.

6.      Prior to the Petition Date, on May 30, 2017, the Debtor reimbursed 321 for $5,000

of expenses incurred, in accordance with the terms of the Initial Advisory Agreement.   The

Debtor did not pay any fees to 321 on account of the Initial Advisory Agreement prior to the Petition Date.

7.     The post-petition services provided to the Debtor by 321 will be governed by the Agreement Between Tec Air, Inc. and Three Twenty-One Capital Partners (the "Investment Banking Agreement," and collectively with the Initial Advisory Agreement, the "Agreements") whereby 321 will seek one or more counterparties to purchase the Debtor's Assets or provide the Debtor with post-petition debtor-in-possession financing (collectively, a "Transaction").  A copy of the Investment Banking Agreement is attached to the Application as Exhibit B.

8.     The Investment Banking Agreement provides that the Debtor will reimburse 321 for out-of-pocket expenses that 321 incurs up to $15,000, with $5,000 due to 321 upon execution of the Investment Banking Agreement.

9.     Furthermore, 321 will be paid a transaction fee (the "Transaction Fee"), payable in cash at the closing of a Transaction, equal to the greater of (a) $250,000 or (b) the result of a calculation based upon the Transaction Value (as defined in the Investment Banking Agreement) as follows:

(a)     Eight Percent (8%) of the first $1,000,000 of Transaction Value;

(b)     Seven Percent (7%) of Transaction Value between $1,000,001 and $2,000,000;

(c)     Six Percent (6%) of Transaction Value between $2,000,001 and $3,000,000;

(d)     Five Percent (5%) of Transaction Value between $3,000,001 and $4,000,000;

(e)     Four Percent (4%) of Transaction Value between $4,000,001 and $5,000,000; and

(f)     Three Percent (3%) of Transaction Value above $5,000,000.

10.     No agreement or understanding exists between myself, 321, or any other person for any division or sharing of compensation that is prohibited by statute.

### DISINTERESTEDNESS OF PROFESSIONALS

11.     In connection with its proposed retention by the Debtor in the Chapter 11 Case, 321 took certain steps to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, 321 obtained from the Debtor and/or its representatives the names of individuals and entities that may be parties in interest in the Chapter 11 Case (the "Parties in Interest"). A list of the Potential Parties in Interest is attached hereto as **Schedule 1**.

12.     A review of 321's conflict database reveals that 321 has no current or prior relationship with any of the Potential Parties in Interest listed on Schedule 1, except as follows: in January 2016, 321 represented a client in connection with a transaction where Wipeco, one of the Debtor's unsecured creditors, was the purchaser. This transaction was wholly unrelated to the Debtor or this Chapter 11 Case.

13.     Insofar as I have been able to ascertain, neither I, 321, nor any partner or employee thereof, have any connection with the Debtor, its creditors, or any other parties in interest, their respective attorneys and accountants, Office of the United States Trustee for the Northern District of Illinois, any person employed in the Office of the United States Trustee for the Northern District of Illinois, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Northern District of Illinois.

14.     Despite the efforts described above to identify and disclose 321's connections with the Debtor and various parties in interest in this case, as the Debtor has not yet completed its schedules of assets and liabilities and statement of financial affairs (collectively, "Statements

and Schedules"), 321 is unable to state with certainty that every client representation or other connection has been disclosed.  Should 321 discover additional information that requires disclosure after the Debtor's preparation of the Statements and Schedules, it will supplement these disclosures as appropriate.

15.     321 has in the past represented, currently represents, and may in the future represent entities that are claimants or interest-holders of the Debtor in matters wholly unrelated to the Debtor's Chapter 11 Case.  If 321 has such clients, it would not represent those clients in any matter related to the Debtor.

16.     321 will continue to supplement these disclosures in the future as appropriate.

17.     321 will not represent any entity other than the Debtor in connection with the Chapter 11 Case.

18.     To the best of my knowledge, after diligent inquiry, 321 is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as 321, its partner and employees (a) are not creditors, equity security holders, or insiders of the Debtor; (b) are not and were not, within 2 years before the date of the filing of the Debtor's chapter 11 petition, a director, officer, or employee of the Debtor; and (c) do not represent or hold an interest adverse to the interests of the Debtor's estate with respect to the matters in which 321 is proposed to be employed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November _7_, 2017

/s/ Ervin M. Terwilliger
Ervin M. Terwilliger

<u>**Schedule 1**</u>

**Tec-Air, Inc.
Potential Parties in Interest**

<u>**Debtor**</u>:

Tec-Air, Inc.

<u>**Officers/Directors/Members**</u>:

Robert J. McMurtry
Jennifer L. McMurtry

<u>**Restructuring Professionals of the Debtor**</u>:

Cullen and Dykman LLP
Three Twenty-One Capital Partners, LLC

<u>**Secured Lenders**</u>:

The Leaders Bank
Byline Bank, as successor by merger to Ridgestone Bank

<u>**Counsel to Secured Lenders**</u>:

Scott & Kraus, LLC
Chuhak & Tecson, P.C.

<u>**Stalking Horse Bidder**</u>:

Chatterjee Management Company

<u>**Counsel to Stalking Horse Bidder**</u>:

Meltzer, Purtill & Stelle LLC

<u>**Unsecured Creditors**</u>:

A. Schulman, Inc.
ABC Employment Holdings
Able Paper & Janitorial Supply
ACS Auxilliaries
Adventist Hindsdale
Adventist La Grange Hospital
AEC, Inc.
AFLAC

Akerman LLP
Allied Benefit Systems, Inc.
Altrust Precision Tooling Co.
American Anesthesia
American Health Holding
Arburg, Inc.
Arora MD
Ashahi Kasei Plastics NA, Inc.
Associated Radiologist
Benchmark Fasteners, Inc.
Best Messenger Service, Inc.
Best Metal
Best Transportation Service, Inc.
Blades Machinery
Calidad en Servicios Industriales
Catching Fluidpower, Inc.
CD&R Components Inc.
Central Dupage Hospital
Chase Plastic Services Inc.
Chicago Metropolitan Fire Prev
Chicago Office Products Co.
Chicago Rehabilitation
Cideas
CLC Lubricants Co.
CNA
CNA Insurance
Commercial Pallet, Inc.
Community Care Net
Community Hospital
Community Hospitals of IL
Conair/IPEG, Inc.
COTG
Crossmark Printing Inc.
D & D Enterprises, Inc.
Daiichi Jitsugyo (America) Inc.
Dayton Freight
Decatur Mold
Delta Industries Inc.
Diversified Engineering Services
DME Company
Don Ulrich
Dynasty Mold Builders, Inc.
Eagle Mat & Floor Products
Edward Eckart
Entec Polymers
Euler Hermes Collections N. America

-2-

Express Services Inc.
Fedex
Fedex Freight, Inc.
Fidelity Security Life Ins.
First Call Quality
First Call Temporary Services, Inc.
FPM Heat Treating
Franciscan Health
Franciscan Health Munster
Franciscan Healthcare Munster
Franciscan Physicians
Fre-Flo Distribution
Global Equipment Co., Inc.
GR Spring & Stamping Inc.
Grainger
Great Lakes Credit Union
Great Lakes Welding Supply
Guardian-Appleton
H Alan Jones D.O., Inc.
Hagerman & Company, Inc.
Hines Industries
Hinsdale Office CS
IFM Efector, Inc.
Illinois Retina Assoc.
Imaging Associates
Impact Technology Solutions
Imprint Enterprises, Inc.
Indiana Department of Revenue
Industrial Thermo Products
IQMS
Janet Rivett
Jarava MD
Kirit Shah, MD
Komatsu Forklift of Chicago
Kopp Welding, Inc.
Lanxess
Lanxess Corporation
LBC Owner LLC
Liaison Technologies
Little Co. of Mary Hospital
Loyola University Medical Center
M. Holland Company
MacNeal Hospital
Materials Engineering Inc.
Matis Inc.
Matsui

-3-

McMaster-Carr Supply Co.
McShane's Business Products
Meany Inc. Electrical Con.
Melissa McKnight
Methodist Hospital Inc.
Metlife – Group Benefits
Midwest Moving and Storage
Midwest Pension & Profit
Midwest Pension Fund
MSC Industrial Supply
Mt. Sinai Hospital Medical Center
Munster High Booster Club
National Lift Truck
Neal Wolf & Associates
Nexeo Solutions, Inc.
Nexus Employment Solutions
MIPSCO
Nissan Trading Co
Nissan Trading Corp., Americas
Northstar Location Services LLC
Northwest Indiana Pathology
Northwestern Medical
Northwestern Memorial Hospital
O.R. Laser Technology, Inc.
Office Team
Omni Plastics
On Time Messenger
P.J. Spring Co., Inc.
Packaging Corporation of America
Packaging Logic
Pain Control Associates
Pathology Consultants
Paychex
PCS Company
Pirtek
Pitney Bowes Global Financial Serv.
Pitney Bowes Purchase Power
Plastic Profess Equipment, Inc.
Plastics Color Corp. of IL
Plastics Color Corp.
Plastics Color Corp. of NC
Priority Messenger Service
Pro Auto
Progressive Components
Progressive Enterprises
Purcell Commercial Cleaning

-4-

Quadrant Magnetics
Quest Diagnostics
Radici Plastics USA
Reed Machinery & Transportation
Richard Swin
Ricky McGear
Rikki Kay Swin
Ron's Staffing Services, Inc.
Rush University Medical Center
S-2 International LLC
Schmit Prototypes
Schwab Paper Products
SCSI Business Solutions, LLC
SCSI LLC
Sedgwick Claims Mgmt Services
Selden Fox
Sepro America, LLC
Silver Cross Hospital
Simple Laboratories
Solvent Systems
South Suburban Hospital
Southwest Airlines
Sreeram MD
St. Jude Medical Clinic
St. Vincent Hospital
Stanley Spring
Steiner Electric
Sterling Staffing
Stoner, Inc.
Stratosphere Quality LLC
Suburban Anesthesiologist
Superior Petroleum Products, Inc.
Supply Chain Services International
Sure-Cut E.D.M. Inc.
Surfacetex Corp.
Telar
Tennova Healthcare
The Breast Care Center
The Community Hospital
The Materials Group, LLC
The PIC Group, Inc.
Timothy J. Morrison OD
Toray Resin Company
UESCO Industries, Inc.
UIC Anesthesiology
UIC Surgery

UL LLC
Uline
University of Illinois Hospital
UPS
UPS Freight
UPS Logistics
UPS Supply Chain Solutions
Vac Motion Inc.
Vactec LLC
Vantec World Transport (USA)
Vedder Price
Veritiv Operating Company
Village of Willow Springs
Voelker Litigation Group
Washington Penn Plastic Co.
Welch Packaging Group
Wells Fargo Equipment Finance
Wells Fargo Financial Leasing
Wilhelm Weber GmbH & Co. KG
Wipeco
Wittman Bottenfeld
Wuertz Law Office LLC
Yudo, Inc.
Yushin America
ZMX Transportation Services
Zondor Creative

**Utilities**:

Northern Indiana Public Service Company
Town of Munster, IN
Waste Management
Comcast Business
AT&T Mobility
Chicago Electric
ComEd
Groot Industries
Hicksgas, LLC
H-O-H Water Technology, Inc.
Liberty Propane

**Contract/Lease Counterparties**:

Comcast Business
Northern Indiana Public Service Company
Indiana Economic Development Corporation

IQMS Manufacturing ERP
Impact Technology Solutions
H-O-H Water Technology, Inc.
Waste Management of Indiana, L.L.C.
Wells Fargo Equipment Finance
Wells Fargo Financial Leasing
Fletcher Jones Audi Chicago
Munster Development LLC
Prairie Square LLC

**United States Trustee for the Northern District of Illinois (and Key Staff Members)**:

Adam Brief
Kimberly Bacher
Patricia Brasier
Elizabeth Brusa
Joanne W. Burne
Denise Ann Delaurent
Michelle M. Engel
Sandra George-Booker
Kathryn M. Gleason
Julie Hearn
Pamela Hillman
Andrew Hunt
Benita Jones
Maria Kaplan
Keith E. Manikowski
Candice Manyak
Laura Mccabe
Rita Mierzwa
Jeremiah Nelson
Ha Nguyen
Kathryn O'Kelly
Patricia A. Parker
M. Gretchen Silver
Jeffrey Snell
Roman L. Sukley
Thomas Thornton
Jennifer Toth
Robert J. Wakefield
Connie Jean Warner
Stephen G. Wolfe
Marie Yapan

**<u>Bankruptcy Judges for the Northern District of Illinois</u>**

Chief Judge Pamela S. Hollis
Judge Janet S. Baer
Judge Timothy A. Barnes
Judge Donald R. Cassling
Judge Jacqueline P. Cox
Judge Carol A. Doyle
Judge A. Benjamin Goldgar
Judge LaShonda A. Hunt
Judge Thomas M. Lynch
Judge Jack B. Schmetterer
Judge Deborah L. Thorne

35011.1 475978v1