**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS (CHICAGO)**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TEC-AIR, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No. 17-32273 (JSB) |

**NOTICE OF FILING OF REVISED BUDGET IN CONNECTION WITH**
**DEBTOR'S MOTION FOR ENTRY OF INTERIM AND FINAL**
**ORDERS (A) AUTHORIZING THE DEBTOR TO OBTAIN POST-PETITION**
**FINANCING, (B) AUTHORIZING THE USE OF CASH COLLATERAL,**
**(C) GRANTING ADEQUATE PROTECTION, (D) SCHEDULING A**
**FINAL HEARING AND (E) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that on November 21, 2017, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (a) Authorizing the Debtor to Obtain Post-Petition Financing, (b) Authorizing the Use of Case Collateral, (c) Granting Adequate Protection, (d) Scheduling a Final Hearing and (e) Granting Related Relief* [Docket No. 74] (the "Motion").[1]

    **PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a revised version of the Budget, which was attached as Exhibit 2 to the proposed Interim Order filed contemporaneously with the Motion.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.

35011.1 509292v1

-2-

| | |
|---|---|
| Dated: November 29, 2017 | **CULLEN AND DYKMAN LLP** |
| | /s/ *Nicole Stefanelli* |
| | S. Jason Teele, Esq. |
| | Nicole Stefanelli, Esq. |
| | The Legal Center |
| | One Riverfront Plaza |
| | Newark, New Jersey 07102 |
| | Telephone: (973) 849-0220 |
| | Facsimile: (973) 849-2020 |
| | steele@cullenanddykman.com |
| | nstefanelli@cullenanddykman.com |
| | |
| | - and - |
| | |
| | Michael H. Traison, Esq. |
| | 175 East Delaware Place |
| | Suite 7011 |
| | Chicago, Illinois 60611 |
| | Telephone: (312) 860-4230 |
| | mtraison@cullenanddykman.com |
| | |
| | *Proposed Counsel to the Debtor and Debtor-in-Possession* |

35011.1 509292v1