UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-32273 |
| | ) | |
| T-A WIND DOWN, INC. | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

ORDER GRANTING FINAL APPLICATION OF
SHAW FISHMAN GLANTZ & TOWBIN LLC AS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF TEC-AIR, INC. FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES

This matter coming to be heard on the Final Application of Shaw Fishman Glantz & Towbin LLC as Counsel to the Official Committee of Unsecured Creditors of Tec-Air, Inc. for Allowance of Compensation and Reimbursement of Expenses (the "Application"), filed by Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"); due and proper notice of the Application having been given; it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the Application or that any such objection has been resolved or is hereby overruled; and the Court having reviewed the Application and being otherwise fully informed of the premises;

IT IS HEREBY ORDERED that:

1. The Application is granted.

2. Shaw Fishman's fees in the amount of $135,209.00 as compensation for necessary professional services rendered, and actual and necessary costs and expenses incurred by Shaw Fishman in the amount of $2,132.43, for a total of $137,341.43, are allowed as administrative expenses of the Debtor's bankruptcy estate pursuant to section 503(b)(2) of the Bankruptcy Code.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: JUN 27 2018

Prepared by:
Christina M. Sanfelippo (ARDC #6321440)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654
Telephone (312) 541-0151
csanfelippo@shawfishman.com

Rev: 20170105_bko